UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Derrick Green, Linda Elmore, and Evelyn Anderson,<br><br>Plaintiffs,<br><br>vs.<br><br>South Carolina State University, Thomas Elzey, in his official and in his individual capacities,<br>Defendants. | C/A No.: 5:14-cv-04282-MGL<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANTS SOUTH CAROLINA STATE UNIVERSITY AND THOMAS ELZEY, IN HIS OFFICIAL CAPACITY** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Derrick Green, Linda Elmore, and Evelyn Anderson, by and through their undersigned counsel, hereby agree and stipulate that all of their claims against Defendants South Carolina State University and Thomas Elzey, in his official capacity, be dismissed, with prejudice, with each party bearing his or her own respective costs, expenses and attorneys' fees.

IT IS SO STIPULATED this the 15th day of June, 2015.

| BARNWELL WHALEY PATTERSON & HELMS, LLC | THE LLOYD LAW FIRM, LLC |
|---|---|
| By: _s/M. Dawes Cooke, Jr._<br>M. Dawes Cooke, Jr. (Federal ID # 288)<br>Alissa D. Fleming (Federal ID # 9910)<br>Post Office Drawer H<br>Charleston SC 29402<br>843-577-7700<br>mdc@barnwell-whaley.com<br>afleming@barnwell-whaley.com<br><br>*ATTORNEYS FOR DEFENDANTS* | By: _s/Reginlad Lloyd<br>_____<br>Reginald I. Lloyd (Federal ID # 06052)<br>715 West DeKalb Street<br>Post Office Box 1555<br>Camden, South Carolina 29021<br>803-432-0004<br>lloydlaw3@gmail.com<br><br><br>*ATTORNEYS FOR PLAINTIFFS* |